# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JILL PREMDAS,<br><br>    Plaintiff,<br><br>v.<br><br>OMNI RANCHO LAS PALMAS, LLC, OMNI HOTELS MANAGEMENT CORPORATION, DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-2331 JGB (SPx)<br><br>**ORDER REMANDING CASE BACK TO RIVERSIDE COUNTY SUPERIOR COURT**<br><br>Courtroom:  Riverside, #1<br>District Judge:  Hon. Jesus G. Bernal<br>Magistrate Judge:  Hon. Sheri Pym<br>Complaint Filed:  August 8, 2023<br>Trial:  Not set |

On March 4, 2024, Plaintiff JILL PREMDAS and Defendants OMNI RANCHO LAS PALMAS, LLC and OMNI HOTELS MANAGEMENT CORPORATION (collectively, "the Parties") filed a Joint Stipulation to Remand Case Back to Riverside County Superior Court. The Court, having reviewed the Joint Stipulation and good cause appearing therefor, orders as follows:

    1.    The Parties' stipulation to remand is granted.

    2.    United States District Court - Eastern District of California Case No. 5:23-cv-2331 JGB (SPx) entitled *Jill Premdas Omni Rancho Las Palmas, LLC, et al.*, (the "Action") is hereby remanded to the Riverside County Superior Court.

///

///

3. The Parties shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to the Stipulation and Order.

4. A 60-day stay of proceedings shall be imposed on all litigation deadlines/proceedings pending this signed order to remand.

**IT IS SO ORDERED.**

Dated: March 12, 2024

_____
The Honorable Jesus G. Bernal
United States District Court Judge